EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT #3753
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 51083
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: mike.seabright@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL - 1 2004

at ___ o'clock and ___ min. ___M.
WALTER A.Y.H. CHINN, CLERK

LODGED

JUN 28 2004

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00263-01 DAE |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| SHE WANG, (01) aka, Zhe Wang, Nancy Wang, Nancy Wong, | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against defendant SHE WANG, aka, Zhe Wang, Nancy Wang, and Nancy Wong.

The defendant is not in custody on the dismissed indictment.

DATED: Honolulu, Hawaii, June 28, 2004.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By /s/ J. Michael Seabright
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

DAVID ALAN EZRA
DAVID A. EZRA
CHIEF U.S. DISTRICT JUDGE

United States v. Wang
Cr. No. 00-00263 DAE

Order for Dismissal

copies:  United States Marshal
         SA Cedric Lee
         Donna M. Gray

2